UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

General Drivers, Dairy Employees, Warehousemen, Helpers and Inside Employees, Local 346,

Plaintiff,

vs. ORDER OR RECUSAL

Coca Cola Enterprises, Inc., d/b/a Midwest Coca-Cola Bottling Company,

Defendant. Civ. No. 01-1412 DWF/RLE

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 8th day of August, 2001.

* * *

In accordance with the provisions of Title 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter, and directs the Clerk of Court to reassign the file in accordance with the Clerk's standard operating procedures.

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED AUG 08 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(2)

# UNITED STATES DISTRICT COURT

## District of Minnesota

***RESPOND TO:***

(X) THIRD DIVISION: 708 Federal Bldg., 316 N. Robert St., St. Paul, MN 55101 Phone (651)-848-1100
( ) FOURTH DIVISION: 202 U. S. Courthouse, 300 S. 4th St., Mpls., MN 55415 Phone (612)- 664-5000
() FIFTH AND SIXTH DIVISION: 417 Federal Bldg, 515 W. 1st St., Duluth, MN 55802 Phone (218)-529-3500

| | |
|---|---|
| **DATE:** August 8, 2001 | **CIVIL FILE NUMBER:** Civ 01-1412 (DWF/SRN) |
| **CASE TITLE:** General Drivers v. Coca Cola Enterprises, Inc | |
| | The above entitled action was: ( ) removed from county court OR ( ) transferred from another district, filed in the ( ) St. Paul-3rd Division ( ) Minneapolis-4th Division ( ) Duluth-5th Division ( ) Fergus Falls-6th Division on _ assigned to Judge and Magistrate Judge. Please direct future filings to the office indicated. |
| | The above entitled action was filed in this court on, assigned to Judge and referred to Magistrate Judge The file will be maintained at the Clerk's Office in ( ) St. Paul,() Minneapolis or () Duluth. Please note this information for future reference.<br>cc to: |
| | **LR79.1(d) and/or LR 37.2 DISCOVERY MOTIONS**: **Discovery documents** are returned pursuant to Local Rule. |
| | A certified copy of the Order of Remand is enclosed. |
| | The above entitled action is being transferred to your court pursuant to Order filed ___. A certified copy of the order and docket entries are included, along with the original court file. Please acknowledge receipt of this file by returning a date-stamped copy of this notice indicating the filing date and civil case number assigned in your court. |
| | A Bill of Costs is to be submitted on a form as provided by the court. Form AO 133 and instructions for completion are attached. |
| | Your original documents are returned. Copies of state court documents were submitted when the action was removed to this court. |
| XXX | OTHER: The above case has been reassigned to Magistrate Judge Susan R. Nelson. |

Division Manager Susan E. Anderson